**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JOAQUIM PEDRO DE MORAIS, Next friend to
ex rel Cole Tomas Allen,

Plaintiff,

-against-

26 **CIVIL** 3515 (GBD)

# JUDGMENT

ATTORNEY GENERAL OF THE UNITED STATES; DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION; UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF NEW YORK,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 17, 2026, The Court denies the petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241, for lack of jurisdiction. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies under 28 U.S.C. § 1 9 1 5(a)(3) that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United Stales, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

September 22, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**